FILED
 2006 Mar-31  AM 10:07
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SYLVESTER MATTHEWS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **Case Number: CV 05-S-1020-NE** |
| | ) |
| **MT. SANNON CHEMICALS and** | ) |
| **CALHOUN COUNTY,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on February 13, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DONE this 31st day of March, 2006.

                                                            /s/ Lynwood Smith
                                                     United States District Judge